IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JUDITH FELICIANO, | § | |
| Plaintiff, | § § § | |
| v. | § | 6:17-CV-25-RP |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice, (Dkt. 13). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) (allowing an action to be dismissed if a stipulation of dismissal is signed by all parties who have appeared).

Accordingly, the parties' joint stipulation of dismissal with prejudice, (Dkt. 13), is **GRANTED**. **IT IS ORDERED** that all claims asserted in this action are hereby **DISMISSED WITH PREJUDICE**. All parties are to bear their own costs and fees. The Clerk's office is directed to **CLOSE** the case.

**SIGNED** on January 5, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE